The United States District Court
In Kalamazoo County
410 W Michigan Ave # 107, Kalamazoo, MI 49007

**FILED - KZ**
June 10. 2026 1:58 PM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_  Scanned by___ 6/10/26

Eric D. Gant, Plaintiff,
10593 w Jefferson Ave
River Rouge MI, 48218 ste 207

V.

Sally J. Berens, Defendant
410 W Michigan Ave # 107, Kalamazoo, MI 49007

Hon.

Case no.

1:26-cv-1823
Jane M. Beckering
U.S. District Judge
Maarten Vermaat
U.S. Magistrate Judge

## Complaint

Now comes Eric D. Gant, plaintiff, known as King Eric the 1st and states the following;

1. On 06/01/2026 the Magistrate judge recommended Gant's case be dismissed for lack of subject matter and for being frivolous.

2. I will state any law that grants the right for a court to make a decision based on a case being frivolous is abolished pursuant to the legal argument below;

3. The constitution of Michigan 1835, states "government is instituted for the good and benefit of the people, and they have the right at all times to alter or reform the same, and the right to abolish one form of government and Institute a new form of government whenever the public good requires." Another portion of that constitution states, all acts of the legislature contrary to this or any other article of this constitution is void. Therefore the right to abolish the government could still exist with us. Any law contrary to such constitution is void, thus never has removed it, and the legislature, or people with the power to legislate under the common definition of such word, had no power to make any law contrary via its void, if not may the equal treatment be imposed and the Kings law be held as valid based on making a law with no power to do so. I do attest that no law appears to be in existence that actually states the removal of such constitution. Therefore I would have the right to abolish the government and to make myself the King of the state of Michigan, the United States, and the world. As institute new government indicates create laws and regulations as well as implement policy. No clear legislature intentions appears to be among us as anything is possible and such a notion of legislature intentions is that hard to establish. The constitution permits the people political power and the right to institute new government, which includes the power to make laws, the document could be worded to protect against defacto legislatures, thus making contrary acts void. Any variation of legislature would simply equate to a law making body when the dictionary words are broken down as each word within the

constitution has an actual dictionary definition as it derived from English language many years before the country was established and is not a new word that the lawmakers created. Thus any people would simply be a lawmaking body to the point of constituting numerous types of law making bodies. Therefore any type of law maker or legislator criterion would be established defacto.

4. Of the United Nations Covenant of political and civil rights;Article 1. 1. All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

5. Political means government under Merriam Webster,....so I determine my government status as the King of the world.

6. The United States Treasury and all equivalent entities are hereby mandated to execute rule #513 of the Standard Policies of the Kingdom of Euphoria, that's from the King's law. Below are a series of laws written by the King, in which the Treasury has failed to execute the administration of the payments to the individuals in which they pertain. That is a violation of the King's law,

Rule #512;

(1) The King may sue for a violation of the King's law.

Section 1 of Illegal Conduct- Crimes Against the Kingdom

Paragraph 1

(1) No person shall change, adjust these laws, or adopt and practice new laws other than laws that King Eric the 1st has created. No person or creature in this state is permitted to practice laws that King Eric Deangleo-Juan Gant did not decree, in a written attestation.

(2) Violation of this section can be classified as impersonation of the King. You made laws or attempted to do so, as if you were the King. This law can also be classified as insubordination to the King.

(3) The penalty for violating this law is a penalty of death or any other punishment the King determines.

(4) No person is permitted to formulate a legal argument that could be used to the King's detriment. That is called conspiracy against the King.

(5) Impersonation of the King is also established if an individual acts as an advisor to the King without the King's consent or after the King has determined the individual does not have consent.

(6) The King has the right to act as a judge over any court procedure.

7. We can see here that the case was recommended to be dismissed and the Magistrate did practiced a law in accordance with usc. That is against section 1 of the King's law penal code, no person shall practice law King Eric did not create in a voluntarily written attestation, which means no person shall impose or adhere to otherwise laws not written by the King. I do only sue at this point for a sum of $75,000 which is a sum certain and a fine be imposed for violation of law, that type of behavior would only hinder the Kingdom of Euphoria. I now ask the court to issue a mandate ordering Sally Berens to not operate the office of Judge while the case is pending, as I hereby call for her impeachment as well. She did not demonstrate loyalty to the King. I do ask that she be called to court to answer for such complaint.

8. This Court does have Jurisdiction, rather through the King's law permission for all courts to hear any case they feel qualified to hear, or they have Jurisdiction in 28 usc 1331, The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. We see this claim does arise under the laws of the United States, as the treaty known as the United Nations charter is a law (of) the United States, a law related to or technically signed into law by, created by the United States. As both parties exist as United States Residents, that alone is grounds for Jurisdiction.

/s/ Eric D. Gant.                    Date:06/05/2026





**UNITED STATES POSTAL SERVICE**

*Retail*

MIN... PLEX MI 480...

U.S. POSTAGE PAID
ECM LETTER
RIVER ROUGE, MI 48218
JUN 08, 2026

**$1.07**

R2304P118889-22

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

49007

RDC 99

From: Eric D. Gant
10593 W Jefferson Ave,
River Rouge Mi, 48218
Ste 207

To: The United States District Court
410 W Michigan Ave #107, Kalamazoo
Mi, 49007

EP-51

49007-374632