UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC D. GANT,

    Plaintiff,

                                  Case No. 1:26-cv-1823

v.

                                  HON. JANE M. BECKERING

SALLY J. BERENS,

    Defendant.

_____/

## <u>ORDER</u>

This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 5) on June 16, 2026, recommending that the Court dismiss Plaintiff's Complaint as frivolous and due to lack of subject matter jurisdiction.  The Magistrate Judge also recommended that the Court prohibit Plaintiff from filing a lawsuit in this Court without the prepayment of the filing fee, unless Plaintiff obtains a signature from a licensed attorney admitted to the Western District of Michigan certifying that Plaintiff's complaint is not frivolous, malicious, or brought for an improper purpose.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 5) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Complaint is DISMISSED as frivolous and due to lack of subject matter jurisdiction.

---

[1] Plaintiff is the only party that has appeared in the case at this time.

**IT IS FURTHER ORDERED** that Plaintiff is prohibited from filing a lawsuit in this Court without the prepayment of the filing fee, unless Plaintiff obtains a signature from a licensed attorney admitted to the Western District of Michigan certifying that Plaintiff's complaint is not frivolous, malicious, or brought for an improper purpose.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.


Dated: July 8, 2026                               /s/ Jane M. Beckering
                                                  JANE M. BECKERING
                                                  United States District Judge

2